**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 22, 2022.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

| | |
|---|---|
| DEBORAH B. LANGEHENNIG<br>P.O. BOX 91419<br>AUSTIN, TX 78709 | Case No. 22-10477-TMD<br>Chapter 13<br><br>**ORDER CONFIRMING THE PLAN** |
| IN RE:<br>CARL JONES III<br>ABIGAIL SUE JONES<br>1384 PRIVATE ROAD 3023<br>ELGIN, TX 78621-6459 | DEBTORS' ATTORNEY:<br>HEIMER LAW OFFICES PC<br>6633 HIGHWAY 290 EAST<br>SUITE 205<br>AUSTIN, TX 78723<br>(512) 291-7105 |

### ORDER CONFIRMING THE PLAN

Having been considered by the Court, the Plan, or if applicable, the Amended Plan, filed by the Debtors on October 6, 2022 complies with all the provisions of Chapter 13 (11 U.S.C. 1301, et. seq.) and with all other applicable provisions of Title 11 of the United States Code; the Court concludes that the Plan should be confirmed, therefore,

IT IS ORDERED THAT:

1. The Plan is confirmed. The Debtors shall make payments for 60 months and the Plan base is $132,600.00. However, if the Plan calls for payment of 100% of the allowed unsecured claims, it shall continue for the lesser of the number of months called for in the Plan or the period of time necessary to pay the total amount of allowed claims provided for in the Plan.

2. The Debtors shall commence making payments not later than 30 days after filing of the Plan or the Order of Relief, whichever is earlier, and continuing each month thereafter until further order, the Debtors shall pay to the Trustee, Deborah B Langehennig, Chapter 13 Trustee, PO BOX 298, Memphis, TN 38101-0298 the sum of $2,210.00 monthly (or the variable payments, if applicable, noted below) or until $132,600.00 is paid into the Plan.

| Starting: | August 28, 2022 | $2,210.00 | Number of Months: | UNTIL END OF PLAN |

However, should the Debtors become more than sixty (60) days delinquent in making such Plan payments to the Trustee, this case may be dismissed without further notice upon the submission of an Order for Summary Dismissal by the Trustee. Further, this Order is without prejudice to the right of any party to request an employer pay order at a subsequent date.

3. All of the disposable income of the Debtors shall be submitted to the payment of creditors of this estate from the beginning date of the first payment until the Plan may be terminated, and they will provide such information as may be requested by the Trustee to exhibit the disposable income.

4. The Debtors have represented by requesting confirmation that, as of the date of the confirmation hearing, they are current on all post-petition direct payments. Confirmation will preclude any right the Debtors may otherwise have to later seek modification of the Plan to deal with any pre-confirmation defaults on direct payments.

5. In addition, all secured creditors shall retain their liens to the extent they are not avoided or modified by specific Court Order.

6. Notwithstanding 11 U.S.C. Section 347 Unclaimed Property, a claim previously allowed may be disallowed pursuant to 11 U.S.C. Sec. 502 for failure to maintain a current address with the United States Bankruptcy Clerk or negotiate Chapter 13 Trustee checks within the time limit specified on the check. Funds previously allocated by the Plan for such claims will be paid to other allowed claims pursuant to the Debtors' Plan.

7. The Debtors' attorney is allowed a total attorney fee of $4,500.00 with $3,461.00 to be paid through the plan with an initial payment of $1,500.00 and subsequent monthly payments of $440.00.

**Annual Tax Returns**

The Debtors shall provide the Trustee with copies of federal income tax returns on an annual basis in this case. The tax return transcripts shall be provided to the Trustee by May 31st in the year they are due to be filed with the Internal Revenue Service. If the Debtors fail to timely provide the documents, the Trustee may submit an order of dismissal without further notice.

###

Confirmation Recommended By:

/s/ Deborah B. Langehennig

Deborah B. Langehennig
P.O. Box 91419
Austin, TX  78709