# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## Austin Division

**Bankruptcy Case No.:** 22–10477–smr
**Chapter No.:** 13
**Judge:** Shad Robinson

**In Re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Carl Jones, III aka Trey Jones, dba Five Eagles Tech, fdba C4 E Store, fdba Five Eagles, fdba E5 Model Kits 1384 Private Road 3023 Elgin, TX 78621–6459 | Abigail Sue Jones 1384 Private Road 3023 Elgin, TX 78621–6459 |
| **SSN/TAX ID:** xxx–xx–2422 | **SSN/TAX ID:** xxx–xx–8985 |

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered:

   for Debtor on **8/2/23**           for Joint Debtor (if any) on **8/2/23**

Dated: 8/2/23

                                                Barry D. Knight
                                            Clerk, U. S. Bankruptcy Court

[Notice of Dismissal (BK)] [NtcDsmBKapac]